CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 03 2022
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| MARVA TOTTEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 4:21-cv-00011 |
| WALMART, INC., and WAL-MART SUPERCENTER a/k/a WAL-MART STORES EAST, LP, | ) |
| Defendants. | ) |

## FINAL ORDER

THIS DAY came the parties to this action, by counsel, and advised the Court that they had compromised and settled all matters in controversy in this action.

And, it appearing proper so to do, it is ADJUDGED and ORDERED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own taxable court costs.

And the Clerk of this Court shall forward certified copies of this Order to counsel of record and shall strike this matter from the active docket of this Court.

Entered this 3rd day of March, 2022.

/s/Thomas T. Cullen
United States District Judge

WE ASK FOR AND CONSENT TO
THE ENTRY OF THIS ORDER:


/s/      Philip B. Baker
Philip B. Baker, Esq. (VSB No. 23434)
SANZONE & BAKER, L.L.P.
P.O. Box 1078
Lynchburg, Virginia 24505
Telephone: (434) 846-4691
Facsimile: (434) 528-5264
pbaker@sanzone-baker.com

*Counsel for Plaintiff*


/s/    Victor S. Skaff, III
C. Kailani Memmer (VSB No. 34673)
Victor S. ("Dinny") Skaff, III (VSB No. 40054)
GLENN ROBINSON CATHEY MEMMER & SKAFF PLC
Fulton Motor Lofts
400 Salem Avenue, SW, Suite 100
Roanoke, Virginia 24016
Telephone: (540) 767-2200
Facsimile: (540) 767-2220
kmemmer@glennrob.com
vskaff@glennrob.com

*Counsel for Defendants*